UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

N. DEEPAK,
        Plaintiff,

v().

JANET NAPOLITANO, as
Secretary of Homeland Security, et al,
        Defendants.

CIVIL ACTION NO.
11-10014-MBB

# FINAL JUDGMENT

April 25, 2011

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs and with all rights of appeal waived.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge